

**IT IS ORDERED as set forth below:**

**Date: January 29, 2018**

_____

**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

#### UNITED STATES BANKRUPTCY COURT
#### NORTHERN DISTRICT OF GEORGIA
#### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 05-96359-CRM |
| LINDSEY JONES, | CHAPTER 13 |
| Debtor. | |
| LINDSEY JONES, | ADVERSARY PROCEEDING NO. 17-5231-CRM |
| Plaintiff, | |
| v. | |
| CITIMORTGAGE, INC. et al., | |
| Defendants. | |

## **JUDGMENT**

Pursuant to the Court's order entered contemporaneously herewith, **PARTIAL JUDGMENT IS ENTERD** in favor of Plaintiff on his claim that Defendant Citi violated the discharge injunction by sending Plaintiff escrow statements that a reasonable consumer could construe as a demand for payment. **PARTIAL JUDGMENT IS ENTERED** in favor of Defendant Citi on Plaintiff's remaining claims that Defendant Citi violated the discharge injunction.

**END OF DOCUMENT**