

**IT IS ORDERED as set forth below:**

**Date: January 29, 2018**

_____

C. Ray Mullins
U.S. Bankruptcy Court Judge

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 05-96359-CRM |
| LINDSEY JONES, | CHAPTER 13 |
| Debtor. | |
| LINDSEY JONES, | ADVERSARY PROCEEDING NO. 17-5231-CRM |
| Plaintiff, | |
| v. | |
| CITIMORTGAGE, INC. et al., | |
| Defendants. | |

## **JUDGMENT**

Pursuant to the Court's order entered contemporaneously herewith, **JUDGMENT IS ENTERD** in favor of Defendant the Phelan firm.

## **END OF DOCUMENT**