**IT IS ORDERED as set forth below:**



**Date: January 30, 2018**

_____

**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 05-96359-CRM |
| LINDSEY JONES, | CHAPTER 13 |
| Debtor. | |
| LINDSEY JONES, | ADVERSARY PROCEEDING NO. 17-5231-CRM |
| Plaintiff, | |
| v. | |
| CITIMORTGAGE, INC. et al., | |
| Defendants. | |

ORDER TRANSFERRING

This matter is before the Court *sua sponte*. Debtor in the above-styled case filed for bankruptcy relief on September 26, 2005. The adversary proceeding was filed on August 30, 2017.

**IT IS ORDERED** that the adversary proceeding be **TRANSFERRED** to the Honorable Wendy L. Hagenau.

**IT IS ORDERED** that the Clerk of US Bankruptcy Court is DIRECTED to transfer this adversary proceeding to the Honorable Wendy L. Hagenau.

The Clerk is further DIRECTED to serve a copy of this order upon the Plaintiff, Defendants and Defendants' counsel and the U.S. Trustee.

**END DOCUMENT**

United States Bankruptcy Court
Northern District of Georgia

```
Jones,
         Plaintiff                                              Adv. Proc. No. 17-05231-wlh
CitiMortgage, Inc.,
         Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 113E-9           User: smn1                Page 1 of 1           Date Rcvd: Jan 31, 2018
                               Form ID: pdf527           Total Noticed: 6
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 02, 2018.
```
aty           +Gregory F. Harley,    Burr & Forman LLP,    171 Seventeenth Street, N.W.,   Suite 1100,
               Atlanta, GA 30363-1029
aty           +Kwende B. Jones,    Burr & Forman LLP,    171 Seventeenth Street, N.W.,   Suite 1100,
               Atlanta, GA 30363-1029
dft           +CitiMortgage, Inc.,    c/o Christopher D. Davies, CEO,   605 Munn Road,
               Fort Mill, SC 29715-8421
pla           +Lindsey Jones,    1701 Charmeth Rd.,   Lithonia, GA 30058-5502
dft            Phelan, Hallinan, Diamond & Jones, PPLC,    11975 Great Oaks Way,   Suite 375,
               Alpharetta, GA  30022
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
ust           +E-mail/Text: ustpregion21.at.ecf@usdoj.gov Jan 31 2018 21:16:02
               Office of the United States Trustee,    362 Richard Russell Building,   75 Ted Turner Drive, SW,
               Atlanta, GA 30303-3315
                                                                                               TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 02, 2018                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 31, 2018 at the address(es) listed below:
```
              Erin C. Howell    on behalf of Defendant    CitiMortgage, Inc. ehowell@burr.com,  dchisolm@burr.com
              Kelly E. Waits    on behalf of Defendant    CitiMortgage, Inc. kwaits@burr.com
              Kwende B. Jones    on behalf of Defendant    CitiMortgage, Inc.
              Stephen Ryan Starks    on behalf of Defendant    Phelan, Hallinan, Diamond & Jones, PPLC
               GAND.bankruptcy@phelanhallinan.com,   GA.ECF@phelanhallinan.com
              Stephen Ryan Starks    on behalf of Defendant    CitiMortgage, Inc.
               GAND.bankruptcy@phelanhallinan.com,   GA.ECF@phelanhallinan.com
                                                                                               TOTAL: 5
```