**IT IS ORDERED as set forth below:**



**Date: January 29, 2018**

_____

**C. Ray Mullins
U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 05-96359-CRM |
| LINDSEY JONES, | CHAPTER 13 |
| Debtor. | |
| LINDSEY JONES, | ADVERSARY PROCEEDING NO. 17-5231-CRM |
| Plaintiff, | |
| v. | |
| CITIMORTGAGE, INC. et al., | |
| Defendants. | |

## JUDGMENT

Pursuant to the Court's order entered contemporaneously herewith, **PARTIAL JUDGMENT IS ENTERD** in favor of Plaintiff on his claim that Defendant Citi violated the discharge injunction by sending Plaintiff escrow statements that a reasonable consumer could construe as a demand for payment. **PARTIAL JUDGMENT IS ENTERED** in favor of Defendant Citi on Plaintiff's remaining claims that Defendant Citi violated the discharge injunction.

**END OF DOCUMENT**

```
                              United States Bankruptcy Court
                              Northern District of Georgia
Jones,
          Plaintiff                                              Adv. Proc. No. 17-05231-wlh
CitiMortgage, Inc.,
          Defendant
```

## CERTIFICATE OF NOTICE

```
District/off: 113E-9          User: smn1              Page 1 of 1           Date Rcvd: Feb 05, 2018
                              Form ID: pdf496         Total Noticed: 1


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2018.
dft            +CitiMortgage, Inc.,   c/o Christopher D. Davies, CEO,   605 Munn Road,
                 Fort Mill, SC 29715-8421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
*              +CitiMortgage, Inc.,   c/o Christopher D. Davies, CEO,   605 Munn Road,
                 Fort Mill, SC 29715-8421
                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2018                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 29, 2018 at the address(es) listed below:
              Erin C. Howell    on behalf of Defendant    CitiMortgage, Inc. ehowell@burr.com,  dchisolm@burr.com
              Kelly E. Waits    on behalf of Defendant    CitiMortgage, Inc. kwaits@burr.com
              Kwende B. Jones    on behalf of Defendant    CitiMortgage, Inc.
              Stephen Ryan Starks    on behalf of Defendant    CitiMortgage, Inc.
               GAND.bankruptcy@phelanhallinan.com,  GA.ECF@phelanhallinan.com
              Stephen Ryan Starks    on behalf of Defendant    Phelan, Hallinan, Diamond & Jones, PPLC
               GAND.bankruptcy@phelanhallinan.com,  GA.ECF@phelanhallinan.com
                                                                                             TOTAL: 5
```