UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:                                        :        CASE NO. 05-96359-WLH
                                              :
LINDSEY JONES,                                :        CHAPTER 7
                                              :
            Debtor.                           :
                                              :
_____                  :
                                              :
LINDSEY JONES,                                :
                                              :
            Plaintiff,                         :        ADVERSARY PROCEEDING
                                              :
                                              :
                                              :        NO. 17-05231-WLH
v.                                            :
                                              :
CITIMORTGAGE INC. and                         :
PHELAN, HALLINAN, DIAMOND &                   :
JONES, PPLC,                                  :
                                              :
            Defendant(s).                     :

## ORDER AND NOTICE OF STATUS CONFERENCE

**IT IS ORDERED and NOTICE IS HEREBY GIVEN** that a STATUS CONFERENCE,

in the above styled Adversary Proceeding, will be held on **MARCH 29, 2018** at **10:45 A.M.** in

Courtroom **1403,** United States Courthouse, Richard B. Russell Federal Building, 75 Ted Turner

Drive, S.W., Atlanta, Georgia.

At Atlanta, Georgia this _23rd_ day of February, 2018.


_Wendy L. Hagenau_
WENDY L. HAGENAU
UNITED STATES BANKRUPTCY JUDGE

## DISTRIBUTION LIST
17-05231-WLH

**Lindsey Jones**
1701 Charmeth Rd.
Lithonia, GA 30058

**Kelly E. Waits**
Burr & Forman, LLP
Suite 1100
171 17th Street, NW
Atlanta, GA 30363

**Gregory F. Harley**
Burr & Forman LLP
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, GA 30363

**Stephen Ryan Starks**
Phelan Hallinan Diamond & Jones, PLLC
Suite 375
11675 Great Oaks Way
Alpharetta, GA 30022

*U.S. Trustee*
**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303

## CERTIFICATE OF SERVICE
17-05231-WLH

Pursuant to Fed. R. Bank. P. 9022, I certify that on the date stated below, I caused a copy of the foregoing Order and Notice of Status Conference to be served on each of the persons and entities named below by United States Mail at the respective addresses shown:

**Lindsey Jones**
1701 Charmeth Rd.
Lithonia, GA 30058

**Kelly E. Waits**
Burr & Forman, LLP
Suite 1100
171 17th Street, NW
Atlanta, GA 30363

**Gregory F. Harley**
Burr & Forman LLP
171 Seventeenth Street, N.W.
Suite 1100
Atlanta, GA 30363

**Stephen Ryan Starks**
Phelan Hallinan Diamond & Jones, PLLC
Suite 375
11675 Great Oaks Way
Alpharetta, GA 30022

*U.S. Trustee*
**Office of the United States Trustee**
362 Richard Russell Building
75 Ted Turner Drive, SW
Atlanta, GA 30303


Cynthia R. Eadon
Courtroom Deputy to Chief Judge Hagenau
Date: February 23, 2018