IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2018 APR 24  AM 11: 48

M. REGINA THOMAS
CLERK
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| *In re:* | ) | **Chapter 13** |
| | ) | |
| **LINDSEY JONES,** | ) | **Case No. 05-96359-wlh** |
| | ) | |
| *Debtor.* | ) | **Judge Hagenau** |
| | ) | |
| **LINDSEY JONES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Adversary Proceding No.** |
| | ) | **17-5231-CRM** |
| **v.** | ) | |
| | ) | |
| **CITIMORTGAGE, INC. et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## AMENDED MOTION FOR ADMISSION *PRO HAC VICE* OF RICHARD C. KELLER[1]

**COMES NOW** Movant Richard C. Keller of the law firm Burr & Forman LLP ("Movant"), and pursuant to Local Bankruptcy Rule 9010-2 respectfully moves this Court for an order admitting Movant to this Court *pro hac vice* for the purpose of appearing and participating in this action on behalf of CitiMortgage, Inc. ("Defendant"), showing the Court the following:

1.

Movant is an attorney with the law firm of Burr & Forman LLP, 420 North 20th Street, Suite 3400, Birmingham, Alabama 35203. The firm's phone number is (205) 458-5323 and the facsimile number is (205) 244-5664. Movant has been admitted to practice in the State of

---

[1] This Amended Motion is being filed to reflect the correct case number for the underlying bankruptcy case as required by Notice of Deficiency (DN 57).

Alabama since September 4, 1993 and his Alabama bar number is ASB-0207-L69R. Movant has been admitted to practice before the United States District Court for the Northern District of Alabama, which is the District Court for the district in which Movant regularly practices law. Attached hereto as Exhibit "A" is a Certificate of Good Standing from the Northern District of Alabama, showing that he is duly authorized to practice and is in good standing with that court.

2.

Movant has also been admitted to the United States District Court for the Northern District of Alabama, the Southern District of Alabama, the Middle District of Alabama, the Northern District of Mississippi, the Southern District of Mississippi, the District of South Carolina, the Western District of Tennessee, the Middle District of Florida and the Fourth Circuit Court of Appeals and the Eleventh Circuit Court of Appeals. Movant has never been a subject of disciplinary action.

3.

Movant agrees to submit to the disciplinary jurisdiction of this Court and be treated as a member of the Bar of this Court with respect to acts and conduct in connection with this case.

4.

Movant has never been denied admission to the courts of any state or to any federal court.

6.

Movant certifies that he has read and is familiar with the Local Rules of the United States District Court for the Northern District of Georgia.

7.

Movant further states to this Court that Kwende B. Jones, Kelly E. Waits, and Erin C. Howell of the law firm Burr & Forman LLP have been designated as local counsel in this case.

31508800 v1

WHEREFORE, Movant respectfully requests that the Court enter an Order substantially in the form attached hereto as Exhibit "B" granting the Motion and allowing Richard C. Keller to appear *pro hac vice* as counsel for CitiMortgage, Inc. in this action.

Respectfully submitted this 24ᵗʰ day of April, 2018.

Richard C. Keller
Alabama Bar No. ASB-0207-L69R
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, AL  35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

31508800 v1

## <u>CONSENT OF DESIGNATED LOCAL COUNSEL</u>

I, the undersigned, an active member in good standing with the State Bar of Georgia and the Bar of the United States District Court for the Northern District of Georgia, having an office located at Burr & Forman LLP, 171 17th Street, Suite 1100, Atlanta, GA 30363, telephone number (404) 685-4306, do hereby consent, as designated local counsel, to readily communicate with opposing counsel and the Court regarding the conduct of this case and to accept papers when served.  I further acknowledge that if the Movant fails to respond to any order of the Court for appearance or otherwise, pursuant to Local Rule 9010-2, I shall have the responsibility and full authority to act for and on behalf of the client in all proceedings in connection with this case, including hearings, pretrial conferences and trials.

This 24th day of April, 2018.

Kwende B. Jones
Georgia Bar No. 041155
Kelly E. Waits
Georgia Bar No. 142677
Erin C. Howell
Georgia Bar No. 931527
Burr & Forman LLP
Suite 1100, 171 Seventeenth Street, N.W.
Atlanta, Georgia 30363
Phone:  (404) 815-3000
Facsimile:  (404) 214-7395
Email: kwaits@burr.com

*Designated Local Counsel for Citimortgage, Inc.*

| | |
|---|---|
| **Name of Movant:** | Richard C. Keller *(Pro Hac Vice Applicant)* |
| **Residence Address:** | 746 Euclid Avenue<br>Birmingham, Alabama 35213 |
| **Office Address:** | 420 North 20th Street, Suite 3400<br>Birmingham, Alabama 35213 |
| **Firm Name:** | Burr & Forman LLP |
| **Telephone Number:** | (205) 458-5323 |

| **Courts To Which Admitted:** | **Date Admitted** |
|---|---|
| All courts of the state of Alabama | 9/24/1993 |
| All courts of the state of Mississippi | 12/3/2001 |
| All courts of the state of South Carolina | 9/20/2005 |
| All courts of the state of Tennessee | 6/27/2006 |
| All courts of the state of Florida | 10/11/2011 |
| United States District Court for<br>the Northern District of Alabama | 10/9/1993 |
| United States District Court for<br>the Middle District of Alabama | 11/2/1993 |
| United States District Court for<br>the Southern District of Alabama | 10/18/2002 |
| United States Court of Appeals for<br>the Eleventh Circuit | 4/7/2015 |
| United States District Court for<br>the Northern District of Mississippi | 5/14/2003 |
| United States District Court for<br>the Southern District of Alabama | 5/14/2003 |
| United States Court for the District<br>Of South Carolina | 3/23/2011 |
| United States Court for the Western | |

31508800 v1

| | |
|---|---|
| District of Tennessee | 11/16/2011 |
| United States Court for the Middle District of Florida | 3/9/2017 |
| United States Court of Appeals for the Fourth Circuit/ | 7/14/2014 |

## EXHIBIT "A"

# UNITED STATES DISTRICT COURT
## Northern District of Alabama



**Sharon N. Harris**
Clerk of Court

**Joe Musso**
**Chief Deputy Clerk**

## CERTIFICATE OF GOOD STANDING

I, **Sharon N. Harris**, Clerk of the United States District Court, Northern District of Alabama, **DO HEREBY CERTIFY** that **RICHARD C. KELLER** was duly admitted to practice in said Court on **October 8, 1993**, and is in good standing as a member of the bar of said Court.

Dated at Birmingham, Alabama, on April 18, 2018.

SHARON N. HARRIS, CLERK

By: *Shirley A. Williams*

Shirley A. Williams, Deputy Clerk

**<u>EXHIBIT "B"</u>**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| *In re:* | ) | **Chapter 13** |
| | ) | |
| **LINDSEY JONES,** | ) | **Case No. 05-96359-wlh** |
| | ) | |
| *Debtor.* | ) | **Judge Hagenau** |
| ——————————————— | ) | |
| **LINDSEY JONES,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Adversary Proceding No.** |
| | ) | **17-5231-CRM** |
| **v.** | ) | |
| | ) | |
| **CITIMORTGAGE, INC. et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| ——————————————— | ) | |

### ORDER OF ADMISSION *PRO HAC VICE* OF RICHARD C. KELLER

This matter having come before the court on the **Motion for Admission *Pro Hac Vice* of**

**Richard C. Keller** (the "Motion"), and Richard C. Keller, Attorney at Law, who represents

31509346 v1

Citimortgage, Inc., having stated under penalty of perjury that he meets the requirements for admission *pro hac vice* as set forth in BLR 9010-2, and that he is in good standing and eligible to practice in all Courts to which admitted, it is hereby

**ORDERED** that said motion is **GRANTED** and that Richard C. Keller may appear *pro hac vice* as counsel for Citimortgage, Inc. in this action.

**[END OF DOCUMENT]**

PREPARED AND PRESENTED BY:

_____

Kwende B. Jones
Georgia Bar No. 041155
Kelly E. Waits
Georgia Bar No. 142677
Erin C. Howell
Georgia Bar No. 931527
BURR & FORMAN LLP
Suite 1100, 171 Seventeenth Street, N.W.
Atlanta, Georgia 30363
Phone: (404) 815-3000
Facsimile: (404) 214-7395
Email: kwaits@burr.com

-and-

_____

Richard C. Keller
Alabama Bar No. ASB-0207-L69R
BURR & FORMAN LLP
420 North 20th Street
Suite 3400
Birmingham, AL 35203
Telephone: (205) 251-3000
Facsimile: (205) 458-5100

*Attorneys for Citimortgage, Inc.*

31509346 v1    3

## <u>DISTRIBUTION LIST</u>

***<u>Debtor/Plaintiff</u>***
Lindsey Jones
1701 Charmeth Road
Lithonia, Georgia 30058

***<u>Chapter 13 Trustee</u>***
Harry W. Pettigrew
Pettigrew & Associates, P.C.
P.O. Box 4030
Decatur, Georgia

***<u>United States Trustee</u>***
Office of the United States Trustee
362 Richard B. Russell Building
75 Spring Street, SW
Atlanta, Georgia 30303

***<u>Defendant</u>***
Phelan Hallinan Diamond & Jones, PLLC
11675 Great Oaks Way
Suite 375
Alpharetta, Georgia 30022

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on April __, 2018, a true and correct copy of the foregoing *Motion for Admission Pro Hac Vice of Richard C. Keller* was filed and served electronically through the Court's ECF System, or by directing same to the following business addresses through first-class, United States mail, postage prepaid, upon the following:

Lindsey Jones
1701 Charmeth Road
Lithonia, Georgia 30058

*Plaintiff Pro Se*

Office of the United States Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303

*U.S. Trustee*

Harry W. Pettigrew
Pettigrew & Associates, P.C.
P.O. Box 4030
Decatur, Georgia 30031

*Chapter 13 Trustee*

Phelan Hallinan Diamond & Jones, PLLC
11675 Great Oaks Way
Suite 375
Alpharetta, Georgia 30022

*Defendant*


Kelly E. Waits
Georgia Bar No. 142677


**BURR & FORMAN LLP**
Suite 1100, 171 Seventeenth Street, N.W.
Atlanta, Georgia 30363
Phone: (404) 815-3000
Facsimile: (404) 214-7395
Email: kwaits@burr.com

31508800 v1